

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA MARIA GOMEZ AGUILAR, LINDSEY MANUFACTURING COMPANY, KEITH E. LINDSEY, STEVE K. LEE,<br><br>Defendants. | CASE NO. CR10-01031(A)-AHM<br><br>VERDICT |

We, the Jury in the above-entitled cause of action find the defendants,

### CHARGES AGAINST LINDSEY MANUFACTURING COMPANY

Lindsey Manufacturing Company

_____ _____
Guilty  Not Guilty

as charged in Count 1 of the First Superseding Indictment.

Lindsey Manufacturing Company

_____ _____
Guilty  Not Guilty

as charged in Count 2 of the First Superseding Indictment.

Lindsey Manufacturing Company

_____ _____
Guilty  Not Guilty

as charged in Count 3 of the First Superseding Indictment.



Lindsey Manufacturing Company as charged in Count 4 of the First Superseding Indictment.

Guilty    Not Guilty

Lindsey Manufacturing Company as charged in Count 5 of the First Superseding Indictment.

Guilty    Not Guilty

Lindsey Manufacturing Company as charged in Count 6 of the First Superseding Indictment.

Guilty    Not Guilty

**CHARGES AGAINST KEITH E. LINDSEY**

Keith E. Lindsey as charged in Count 1 of the First Superseding Indictment.

Guilty    Not Guilty

Keith E. Lindsey as charged in Count 2 of the First Superseding Indictment.

Guilty    Not Guilty

Keith E. Lindsey as charged in Count 3 of the First Superseding Indictment.

Guilty    Not Guilty

Keith E. Lindsey as charged in Count 4 of the First Superseding Indictment.

Guilty    Not Guilty

Keith E. Lindsey as charged in Count 5 of the First Superseding Indictment.

Guilty    Not Guilty

Keith E. Lindsey as charged in Count 6 of the First Superseding Indictment.

Guilty    Not Guilty

2

# CHARGES AGAINST STEVE K. LEE

Steve K. Lee

as charged in Count 1 of the First Superseding Indictment.

_____ _____
Guilty   Not Guilty

Steve K. Lee

as charged in Count 2 of the First Superseding Indictment.

_____ _____
Guilty   Not Guilty

Steve K. Lee

as charged in Count 3 of the First Superseding Indictment.

_____ _____
Guilty   Not Guilty

Steve K. Lee

as charged in Count 4 of the First Superseding Indictment.

_____ _____
Guilty   Not Guilty

Steve K. Lee

as charged in Count 5 of the First Superseding Indictment.

_____ _____
Guilty   Not Guilty

Steve K. Lee

as charged in Count 6 of the First Superseding Indictment.

_____ _____
Guilty   Not Guilty

# CHARGES AGAINST ANGELA MARIA GOMEZ AGUILAR

Angela Maria Gomez Aguilar

as charged in Count 7 of the First Superseding Indictment.

_____ _____
Guilty   Not Guilty

Dated: 5-10-2011

REDACTED

FOREPERSON OF THE JURY

3