# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR10-01031(A)-AHM | Date | June 3, 2011 |
|---|---|---|---|

Present: The Honorable **A. HOWARD MATZ, U.S. DISTRICT JUDGE**

Interpreter: Elisa Cabal (Spanish)

| Stephen Montes | Cindy Nirenberg | Douglas Miller |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) Angela Maria Gomez Aguilar | √ | √ | | Stephen Larson | √ | | √ |

**Proceedings:** **SENTENCING** (non-evidentiary)

    For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order. Defendant is ordered to be released forthwith and to be released directly from the holding cell here in the Spring Street courthouse. Release Order No. D18255.

|  | : | 25 |
|---|---|---|
| | Initials of Deputy Clerk | SMO |

cc: